**Elisabeth R. CROSSETT, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.** *

No. 6779.

United States Court of Appeals for the District of Columbia.

Decided May 17, 1937.

E. Cortland Parker and Joseph W. Wyatt, both of Washington, D. C., for petitioner.

Robert H. Jackson, Sewall Key, Herman Oliphant, Phillip A. Bayer, J. Louis Monarch, and E. W. Pavenstedt, all of Washington, D. C., for respondent.

Before MARTIN, Chief Justice, and ROBB, GRONER, and STEPHENS, Associate Justices.

PER CURIAM.

The decision of the Board of Tax Appeals in this cause is affirmed by an equally divided court.

VAN ORSDEL, Associate Justice, took no part in this case.

**In the Matter of ANNIN & CO. (a New York Corporation), Debtor. Maurice De Sedle, Claimant-Appellant, Annin & Co., Debtor-Appellee.**

No. 19.

Circuit Court of Appeals, Second Circuit.

Nov. 15, 1937.

Shaine & Weinrib, of New York City (David W. Kahn, Edward C. Weinrib, Edward · J. Mallin, and Nathan Siegel, all of New York City, of counsel), for appellant.

Zalkin & Cohen, of New York City (Barney B. Fensterstock, Harry Zalkin, and Israel Akselrod, all of New York City, of counsel), for appellee.

*Certiorari denied 58 S.Ct. 121, 82 L.Ed. —.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

**John R. AZEVEDO et al., Appellants, v. Leslie A. CLEARY, Dist. Atty., etc., et al., Appellees.**

No. 8516.

Circuit Court of Appeals, Ninth Circuit.

Oct. 18, 1937.

J. L. Royle, of Fresno, Cal., and Grove J. Fink, of San Francisco, Cal., for appellants.

Leslie A. Cleary, Dist. Atty., of Modesto, Cal., for appellees.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

It appearing to the court that appellants have failed to file brief herein within time allowed therefor, and no extension has been applied for or granted, ordered appeal dismissed, decree of dismissal filed and entered accordingly, mandate issued forthwith.